FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 07 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:22CR 00334 BRW |
| | ) | |
| V. | ) | |
| | ) | 18 U.S.C. § 115(a)(1)(B) |
| DONALD RYAN MULLENIX | ) | 18 U.S.C. § 115(b) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Beginning on or about October 31, 2022, and continuing to on or about November 5, 2022, in the Eastern District of Arkansas, the defendant, DONALD RYAN MULLENIX, did threaten to assault and murder D.P. Marshall, Jr., Chief District Judge, Eastern District of Arkansas, with the intent to impede, intimidate, and interfere with Chief District Judge D.P. Marshall, Jr., while he was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

### COUNT TWO

Beginning on or about October 3, 2022, and continuing to on or about November 5, 2022, in the Eastern District of Arkansas, the defendant, DONALD RYAN MULLENIX, did threaten to assault and murder Brian S. Miller, District Judge, Eastern District of Arkansas, with the intent to impede, intimidate, and interfere with District Judge Brian S. Miller, while he was engaged in the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).