IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case: 4:22-CR-334 |
| *Plaintiff(s)* ) | |
| ) | |
| v. ) | |
| ) | Judge: James M. Moody, Jr. |
| Donald Mullenix ) | |
| ) | |
| *Defendant(s)* ) | |

**DEFENDANT'S MOTION FOR DETENTION HEARING AND ARRAIGNMENT**

COMES NOW, Donald Mullenix, by and through their attorney, Christopher Baker of the James Law Firm, and for their Motion for Pretrial Release states as follows:

1. This motion is brought under the Bail Reform Act, 18 U.S.C. § 3142 by Mr. Mullenix to request a hearing to present evidence that there exist conditions to support the Defendant's release from custody.

2. An initial appearance was held in this case on November 9, 2022.

3. Stemming from this initial hearing, a detention order was entered committing the Defendant to the custody of the United States Marshal for the purposes of evaluation. ECF No. 6.

4. On December 9, 2022, a text notice was entered into the docket indicating that the plea and arraignment hearing for Mr. Mullenix was cancelled and would be scheduled upon his return to the Eastern District of Arkansas. ECF No. 11.

5. Based upon Defense Counsel's discussions with the U.S. Marshalls, bedspace in Arkansas for detainees is limited. Because of this, Mr. Mullenix has been house outside of Arkansas and is currently detained in the Tallahatchie County Correctional Facility in Mississippi.

6. Mr. Mullenix requests that he be returned to the Eastern District of Arkansas, that a detention hearing be held, and that any hearings previously cancelled as a result of his evaluation be reset.

WHEREFORE, Defendant prays that a hearing be scheduled for this matter in accordance with the Court's previous order for detention.

Dated: March 23, 2023                                Respectfully submitted,

                                                     /s/ Christopher Baker

                                                     Christopher Baker, Esq.
                                                     Arkansas Bar No. 2022124
                                                     *Attorney for Ryan Mullenix*
                                                     chris@jamesfirm.com
                                                     James Law Firm
                                                     1001 La Harpe Blvd.
                                                     Little Rock, AR 72201
                                                     Telephone: 501-375-0900
                                                     Fax: 501-375-1356

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of Defendant Donald Mullenix's above motion was electronically filed and served on the Court's electronic filing system. A copy of the filing will be made to any parties not associated with the CM/ECF filing system.

Dated: March 23, 2023                                Respectfully submitted,

                                                     /s/ Christopher Baker

                                                     Christopher Baker
                                                     Arkansas Bar No. 2022124
                                                     *Attorney for Donald Mullenix*
                                                     Telephone: 501-375-0900
                                                     Fax: 501-375-1356