# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                              **Case No. 4:22-cr-00334-JM-1**

**DONALD RYAN MULLENIX**

## ORDER

Defendant Donald Ryan Mullenix was committed to the custody of the Attorney General or his authorized representative for a psychological evaluation on November 9, 2022. (Doc. No. 6.) The Court received the written forensic evaluations and provided them to the parties on February 3, 2023. On March 15, 2023, Defendant filed a motion in opposition of the finding of competency and requested a hearing on that issue. (Doc. No. 25.) A hearing was scheduled for May 11, 2023. (Doc. No. 29.) On May 1, 2023, Defendant filed a motion requesting to withdraw his previous motion objecting to the finding of competency (Doc. No. 25). (Doc. No. 30.) With no objection from the Government, that motion is GRANTED. Accordingly, the conclusions stated in the report are adopted as the conclusions and findings of the Court, and the Court finds the Defendant is competent to stand trial and was competent at the time of the alleged offense.

IT IS SO ORDERED this 2nd day of May 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE