IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:22-CR-00334-JM-1 |
| | ) | |
| | ) | |
| DONALD RYAN MULLENIX | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case as counsel for the Plaintiff,

United States of America.

DATED this 11th day of July, 2023.

Respectfully submitted,

DAVID CLAY FOWLKES
United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By:  /s/ Kenneth Elser
      Kenneth Elser
      Assistant U. S. Attorney
      Arkansas Bar No. 89184
      414 Parker Avenue
      Fort Smith, AR  72901
      (479) 783-5125
      E-mail: Kenny.Elser@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Chris Baker, Attorney for the Defendant

/s/ Kenneth Elser
Kenneth Elser
Assistant U.S. Attorney